**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MAHABUBUR RAHMAN,** | ) | **Case No. 22-31106-KLP** |
| | ) | |
| **Debtor.** | ) | |

**TRUSTEE'S NOTICE THAT ADJOURNED MEETING OF CREDITORS**
**WILL BE CONDUCTED TELEPHONICALLY**

**NOTICE IS HEREBY GIVEN** that the Section 341 Meeting of Creditors conducted telephonically on June 13, 2022, for the above-styled case was adjourned and that the adjourned meeting will be conducted on the date and time and in the manner as set forth below. The Debtor, Counsel for Debtor, Creditors, and Parties in Interest, should please take note of the important information below and mark your calendars accordingly.

Date and Time of Section 341 Adjourned Meeting of Creditors:

Date:      **July 25, 2022**
Time:      **1:00 p.m.**
Location:  **Attend by Telephone Conference**
           **Telephone Number:  877-491-2336**
           **Participant Code:     1768631 #**

**NOTICE is further given that the failure of a Debtor to appear at the Debtor's adjourned meeting of creditors may result in the dismissal of the Debtor's case.**

Dated: June 13, 2022                     **WILLIAM A. BROSCIOUS, TRUSTEE**

                                          By: /s/ *William A. Broscious*
                                               Trustee

William A. Broscious, Trustee
P.O. Box 71180
Henrico, Virginia 23255
Tel: 804.533.4041