# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 22−31106−KLP
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mahabubur Rahman
aka Mahbubur Rahman
5172 Francistown Road
Glen Allen, VA 23060−2839

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4703

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **October 19, 2022**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court

701 East Broad Street
Richmond, VA 23219

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

Dated:  July 19, 2022

[B2040.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 22-31106-KLP
Mahabubur Rahman  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7  User:  Page 1 of 2
Date Rcvd: Jul 19, 2022  Form ID: 2040  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mahabubur Rahman, 5172 Francistown Road, Glen Allen, VA 23060-2839 |
| 15875837 | + | Asma Akter, 5172 Francistown Road, Glen Allen, VA 23060-2839 |
| 15875841 | + | BM H. Rahman, 202 E Mineola Ave, Valley Stream, NY 11580-6036 |
| 15875839 | + | Benchmark Mortgage Companie, 1108 Eden Way North, Chesapeake, VA 23320-3339 |
| 15875840 | + | Benjie G. Buan, t/a Pam Joy Realty, Inc., 718 Hillcrest Road, Beverly Hills, CA 90210-3517 |
| 15903471 | + | DLC Management Corp., 565 Taxter Rd, Elmsford, NY 10523-2300 |
| 15875844 | | M& B Wings, Inc., 5712 Francistown Rd, Glen Allen, VA 23060-0000 |
| 15903470 | ++ | NATIONAL VISION INC, 2435 COMMERCE AVE, BLDG 2200, DULUTH GA 30096-4980 address filed with court:, Americas Best, 296 Gayson Hwy, Lawrenceville, GA 30036 |
| 15875848 | + | Ridwan & Inaaya Wings, c/o Ismail Hossain, 5200 Lewis Rd #62, Sandston, VA 23150-1955 |
| 15875849 | + | Sysco Foods, 8000 Dorsey Run Rd, Jessup, MD 20794-9482 |
| 15875851 | + | Vland Chicago 95th LLC, c/o WilliamJ. Factor,Esq., 105 W. Madison St #1500, Chicago, IL 60602-4602 |
| 15903474 | | Wisc. Tax DeptPOB 3028, Milwaukee WI 53201 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15875836 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 00:45:16 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 15875838 | | EDI: BANKAMER.COM | Jul 20 2022 04:38:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-0000 |
| 15875842 | | EDI: DISCOVER.COM | Jul 20 2022 04:38:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0000 |
| 15875843 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 20 2022 00:40:00 | Honda Motor Finance, 13856 Ballantyne Corp. Pl #230, Charlotte, NC 28277-2711 |
| 15903472 | | EDI: IRS.COM | Jul 20 2022 04:38:00 | IRS, PO Box 970024, St Louis MO 63197-0024 |
| 15875846 | ^ | MEBN | Jul 20 2022 00:35:42 | Planet Home Lending, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 15875850 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Jul 20 2022 00:40:00 | US Foods,Inc., 11994 Livingston Rd, Manassas, VA 20109-2777 |
| 15903473 | | Email/Text: va_tax_bk@harriscollect.com | Jul 20 2022 00:40:00 | VA Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15875845 | | M&S Wings, Inc. |
| 15875847 | ##+ | Reinhart Food Service, 8700 W. Bryn Mawr Ave #400N, Chicago, IL 60631-3642 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Ronald W. Stern | on behalf of Debtor Mahabubur Rahman ronsterndocuments@gmail.com ronsternedvamail@gmail.com |
| William Anthony Broscious | on behalf of Trustee William Anthony Broscious wbroscious@wabtrustee.com ecf.alert+Broscious@titlexi.com |
| William Anthony Broscious | wbroscious@wabtrustee.com ecf.alert+Broscious@titlexi.com |

TOTAL: 4