**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re:  **CASES ON ATTACHED LIST** | ) ) ) | Chapter 7 |

**TRUSTEE'S NOTICE THAT ADJOURNED MEETINGS OF CREDITORS**
**WILL BE CONDUCTED TELEPHONICALLY**

**NOTICE IS HEREBY GIVEN** that the Section 341 Meetings of Creditors conducted telephonically on July 25, 2022, for the cases on the attached list were adjourned and that the adjourned meetings will be conducted on the date and time and in the manner as set forth below. The Debtors, Counsel for Debtors, Creditors, and Parties in Interest, should please take note of the important information below for the cases applicable to you and mark your calendars accordingly.

Date and Time of Section 341 Adjourned Meetings of Creditors:

Date:       **August 15, 2022**
Time:       **12:00 noon**
Location:  **Attend by Telephone Conference**
               **Telephone Number:  877-491-2336**
               **Participant Code:     1768631 #**

**NOTICE is further given that the failure of a Debtor to appear at the Debtor's adjourned meeting of creditors may result in the dismissal of the Debtor's case.**

Dated: July 25, 2022                                **WILLIAM A. BROSCIOUS, TRUSTEE**

                                                              By: /s/ *William A. Broscious*
                                                                      Trustee

William A. Broscious, Trustee
P.O. Box 71180
Henrico, Virginia 23255
Tel:  804.533.4041

**List of Cases**

| Case Number | Case Name |
|---|---|
|  |  |
| 21-33199-KLP | James Christopher Rossi |
| 22-31106-KLP | Mahabubur Rahman |
|  |  |