**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |  |
|---|---|---|
| In re:  CASES ON ATTACHED LIST | ) ) ) | Chapter 7 |

**TRUSTEE'S NOTICE THAT ADJOURNED MEETINGS OF CREDITORS**
**WILL BE CONDUCTED TELEPHONICALLY**

    **NOTICE IS HEREBY GIVEN** that the Section 341 Meetings of Creditors conducted telephonically on August 15, 2022, for the cases on the attached list were adjourned and that the adjourned meetings will be conducted on the date and time and in the manner as set forth below. The Debtors, Counsel for Debtors, Creditors, and Parties in Interest, should please take note of the important information below for the cases applicable to you and mark your calendars accordingly.

Date and Time of Section 341 Adjourned Meetings of Creditors:

Date:       **September 19, 2022**
Time:      **11:00 a.m.**
Location: **Attend by Telephone Conference**
          **Telephone Number:  877-491-2336**
          **Participant Code:     1768631 #**

**NOTICE is further given that the failure of a Debtor to appear at the Debtor's adjourned meeting of creditors may result in the dismissal of the Debtor's case.**

Dated:  August 15, 2022                    **WILLIAM A. BROSCIOUS, TRUSTEE**

                                               By: /s/ *William A. Broscious*
                                                   Trustee

William A. Broscious, Trustee
P.O. Box 71180
Henrico, Virginia 23255
Tel:  804.533.4041

### List of Cases

| Case Number | Case Name |
| --- | --- |
| 21-33199-KLP | James Christopher Rossi |
| 22-31106-KLP | Mahabubur Rahman |
| 22-31494-KRH | Curtis J. Butler, Jr. and Amanda C. Butler |
| 22-31503-KLP | Ayman Saad Bechara |
| 22-31617-KLP | Robert Junior White |
| 22-31810-KRH | Jesse Valentine Portz |
| 22-31823-KRH | John David Curfiss and Charlotte Marie Curfiss |
| 22-31888-KLP | Shamana Sherica Carter |
| 22-31908-KLP | Rudolph Jones, III |
| 22-31915-KRH | Jay Braddock Jackson |